ALEXANDER B. CVITAN (SBN 81746)
(Email: alc@rac-law.com)
MARSHA M. HAMASAKI (SBN 102720)
(Email: marshah@rac-law.com)
PETER A. HUTCHINSON (SBN 225399)
(Email: peterh@rac-law.com)
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860; Facsimile: (213) 386-5583

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DANNY JONES SCAFFOLD CO., INC., a California corporation,<br><br>Defendant. | CASE NO.: 2:21-cv-01136 JVS(ASx)<br><br>**STIPULATION FOR ENTRY OF JUDGMENT**<br><br>[Hon. James v. Selna] |

   IT IS HEREBY STIPULATED by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC., through its attorneys, Reich, Adell & Cvitan by Marsha M. Hamasaki and Defendant, DANNY JONES SCAFFOLD CO., INC., a California corporation through its attorneys, Lanak & Hanna, P.C. by Natasha K. Buchanan as follows:

/ /

-1-

435817.1

1. <u>[Judgment]</u> Defendant, DANNY JONES SCAFFOLD CO., INC., a California corporation ("EMPLOYER") stipulates that Judgment may be entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Plaster Tenders Apprenticeship And Training Trust Fund For Southern California; Center For Contract Compliance, Plastering Trades Administrative Trust Fund For Southern California; and Laborers' Trusts Administrative Trust Fund For Southern California (hereinafter collectively "TRUST FUNDS"), and against EMPLOYER for the principal sum of $6,500.00 for amounts claimed by the TRUST FUNDS covering the period from January 1, 2016 to December 31, 2020 ("JUDGMENT".)

2. [<u>Basis Of Judgment</u>]

 A. [<u>Agreements</u>] EMPLOYER is bound to certain written collective bargaining agreements entered into with the Southern California District Council of Laborers and its affiliated Local Unions ("UNION"), including an agreement known as the "Plaster Tenders Agreement" and Trust Agreements establishing each of the respective TRUST FUNDS (collectively, "AGREEMENTS").  The AGREEMENTS require among other things, that EMPLOYER submit fringe benefit contributions on behalf of its employees performing work under the AGREEMENTS to the TRUST FUNDS for each hour worked (or paid for) at the contribution rates established by the AGREEMENTS.  The monthly contributions are required to submitted on contribution reports to the TRUST FUNDS ("Monthly Reports") no later than the 20th day following the month that the employees performed work for EMPLOYER.

 B. [<u>Claim</u>] The TRUST FUNDS claim against EMPLOYER is based upon late submitted Monthly Reports and an audit of EMPLOYER'S records which Plaintiff contends that all hours worked by EMPLOYER'S employees were not

435817.1

reported nor were monthly contributions paid for the hours worked.  The claim asserted against EMPLOYER is based upon the following amounts:

| | | |
|---|---|---|
| Fringe Benefits: | $ | 4,736.46 |
| Liquidated Damages: | $ | 1,297.30 |
| Interest 11/5/21: | $ | 788.11 |
| Audit Fees: | $ | 1,280.00 |
| TOTAL: | $ | 8,101.87 |

EMPLOYER and the TRUST FUNDS have agreed that the $8,101.84 due shall be resolved for the sum of $6,500.00.

3. [<u>Understanding</u>]  EMPLOYER confirms that the JUDGMENT is due, owing, and unpaid to the TRUST FUNDS and understands that this Stipulation for Entry of Judgment, will be filed with the Court and will result in a JUDGMENT being entered against it.  EMPLOYER further confirms that it is entering into this Stipulation voluntarily and in its own self-interest as the JUDGMENT is being resolved for an amount less than the total claimed by the TRUST FUNDS and in consideration for a payment arrangement on the JUDGMENT.

4. [<u>Consultation With Counsel</u>]  TRUST FUNDS and, EMPLOYER each represent and agree that they fully understand their right to discuss all aspects of this Stipulation for Entry of Judgment with their attorneys and that to the extent desired, they have exercised this right and that the provisions of this Stipulation have been carefully read and are fully understood by the TRUST FUNDS and, EMPLOYER.

5. [<u>Judgment For Known Amounts Only</u>]   The money JUDGMENT to be entered in this action is for known delinquencies incurred for the period from January 1, 2016 through December 31, 2020 only and EMPLOYER acknowledges and confirms that the TRUST FUNDS reserve all rights and remedies to seek recovery of any amounts that may be discovered to be due and owing by EMPLOYER under the Agreements after December 31, 2020 and EMPLOYER expressly waives any claim or

1  defense of res judicata, collateral estoppel and/or estoppel by JUDGMENT as to claims
2  asserted by the TRUST FUNDS after December 31, 2020.
3      6.    [COUNTERPARTS] This Stipulation for Entry of Judgment may be
4  executed in counterparts, each counterpart being considered an original document and a
5  facsimile signature shall be acceptable and deemed to be an original signature in lieu of
6  an original signature.

Respectfully Submitted,

REICH, ADELL, & CVITAN,
A Professional Law Corporation

Dated: 12/22/2021      By: _____
                           MARSHA M. HAMASAKI
                           Attorneys for Plaintiff

CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC., administrative agent and fiduciary to the TRUST FUNDS

DATED: _____      By: _____
                               JIM R. MENDES, Executive Director

LANAK & HANNA, P.C.

Dated: _____      By: _____
                               NATASHA K. BUCHANAN
                               Attorneys for Defendant

DANNY JONES SCAFFOLD CO., INC..

Dated: _____      By: _____
                               DANIEL LEE JONES, President
                               and Authorized Representative

-4-

435817.1

defense of res judicata, collateral estoppel and/or estoppel by JUDGMENT as to claims asserted by the TRUST FUNDS after December 31, 2020.

      6.    [COUNTERPARTS]  This Stipulation for Entry of Judgment may be executed in counterparts, each counterpart being considered an original document and a facsimile signature shall be acceptable and deemed to be an original signature in lieu of an original signature.

Respectfully Submitted,

REICH, ADELL, & CVITAN,
A Professional Law Corporation

Dated: _____    By:_____
        MARSHA M. HAMASAKI
        Attorneys for Plaintiff

CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC., administrative agent and fiduciary to the TRUST FUNDS

DATED: 12/21/2021    By:_____
        JIM R. MENDES, Executive Director

LANAK & HANNA, P.C.

Dated: _____    **By**:_____
        NATASHA K. BUCHANAN
        Attorneys for Defendant

DANNY JONES SCAFFOLD CO., INC..

Dated: _____    By:_____
        DANIEL LEE JONES, President
        and Authorized Representative

-4-

435817.1

1  defense of res judicata, collateral estoppel and/or estoppel by JUDGMENT as to claims
2  asserted by the TRUST FUNDS after December 31, 2020.

3     6.    [COUNTERPARTS] This Stipulation for Entry of Judgment may be
4  executed in counterparts, each counterpart being considered an original document and a
5  facsimile signature shall be acceptable and deemed to be an original signature in lieu of
6  an original signature.

Respectfully Submitted,

REICH, ADELL, & CVITAN,
A Professional Law Corporation

Dated: _____  By: _____
                                  MARSHA M. HAMASAKI
                                  Attorneys for Plaintiff

CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC., administrative agent and fiduciary to the TRUST FUNDS

DATED: _____  By: _____
                                  JIM R. MENDES, Executive Director

LANAK & HANNA, P.C.

Dated: 12/27/21              By: _____
                                  NATASHA K. BUCHANAN
                                  Attorneys for Defendant

DANNY JONES SCAFFOLD CO., INC..

Dated: 12-29-21              By: _____
                                  DANIEL LEE JONES, President
                                  and Authorized Representative

-4-

435817.1