JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DANNY JONES SCAFFOLD CO., INC., a California corporation,<br><br>Defendant. | CASE NO.: 2:21-cv-01136 JVS(ASx)<br><br>**JUDGMENT PURSUANT TO STIPULATION**<br><br>[Hon. James v. Selna] |

PURSUANT TO THE STIPULATION FOR ENTRY OF JUDGMENT by and between Plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC., and Defendant, DANNY JONES SCAFFOLD CO., INC., a California through their respective attorneys, and good cause appearing therefor:

/ /

/ /

IT IS HEREBY ORDERED that:

Judgment is entered in favor of the CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company, on behalf of the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Plaster Tenders Apprenticeship And Training Trust Fund For Southern California; Center For Contract Compliance, Plastering Trades Administrative Trust Fund For Southern California; and Laborers' Trusts Administrative Trust Fund For Southern California (hereinafter collectively "TRUST FUNDS"), and against DANNY JONES SCAFFOLD CO., INC., a California corporation, for the principal sum of $6,500.00 for amounts claimed by the TRUST FUNDS covering the period from January 1, 2016 to December 31, 2020.

Dated: January 25, 2022

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE